JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| QUANHUI ZHANG,<br>Petitioner,<br>v.<br>U.S. IMMIGRATION AND CUSTORMS ENFORCEMENT, ET. AL.,<br>Respondents. | Case No. EDCV 26-5063-JAK (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED and this action is DISMISSED.

DATED: November 20, 2026

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE